# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA MICHEL,<br><br>            Plaintiff,<br>    vs.<br><br>MICHAEL J. ASTRUE,[1] Commissioner of Social Security Administration,<br><br>            Defendant. | CASE NO. 06-CV-482 – IEG (WMc)<br><br>**ORDER FOR REMAND PURSUANT TO SENTENCE 4 OF 42 U.S.C. SECTION 405(g)**<br><br>**[Doc. No. 26]** |

Upon application by Defendant Commissioner of the Social Security Administration, and by Plaintiff, by and through her counsel, David M. Shore,

**IT IS HEREBY ORDERED** that the above-mentioned case be remanded for further administrative action pursuant to Sentence 4 of 42 U.S.C. §405(g).

A separate judgment pursuant to Fed. R. Civ. P. 58 shall be entered by the Clerk of Court.

**IT IS SO ORDERED.**

DATED: September 10, 2007

_____
**HON. IRMA E. GONZALEZ, Chief Judge**
**United States District Court**
**Southern District of California**

---

[1] Michael J. Astrue became the Commissioner of Social Security on February 12, 2007. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue should, therefore be substituted for Commission Jo Anne B. Barnhart as defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of §205(g) of the Social Security Act, 42 U.S.C. §405(g).